THE NASHVILLE, CHATTANOOGA AND SAINT LOUIS RAILWAY COMPANY et al. v. CLEGHORN & COMPANY.

Section 3272 of the code declaring that an attachment against a nonresident of the State, where the debt sworn to exceeds one hundred dollars, may be made returnable to the superior court of any county, construed in the light of section 3270, seems to mean that such an attachment may be made returnable to the superior court of any county, without respect to whether or not the debtor has effects therein, either in the form of property subject to levy, or of credits subject to garnishment.　　　*Judgment affirmed.*

March 19, 1894. Argued at the last term.

Attachment. Before Judge Janes. Chattooga superior court. March term, 1893.

Attachment was sued out in Chattooga county against defendants as non-residents, returnable to Chattooga superior court. Copies of the attachment, together with the affidavit therefor and the bond, were certified as such by the magistrate by whom the attachment was issued, and it was levied by the sheriff of Whitfield county. At the first term thereafter the defendants moved to dismiss the levy, on the ground that the attachment was void, being returnable to Chattooga superior court, when defendants had no property to attach and none was in fact attached in Chattooga county, nor was there any personal service on either of defendants; and because the attachment should have been made returnable to Whitfield superior court. The motion was overruled, and defendants excepted.

R. J. & J. McCamy, for plaintiffs in error.
J. M. Bellah, *contra*.